267 S.E.2d 675 (1980)
300 N.C. 374
Donald A. KAHAN and Jack S. Jacobs, Plaintiffs,
Hanover Brook, Inc., Plaintiff-Intervenor,
v.
Samuel M. LONGIOTTI, Defendant.
Supreme Court of North Carolina.
June 3, 1980.
Purrington, McNamara & Pipkin, for plaintiffs and plaintiff-intervenor.
*676 Grier, Parker, Poe, Thompson, Bernstein, Gage & Preston, for defendant.
Petition by defendant for discretionary review under G.S. § 7A-31, N.C.App., 263 S.E.2d 345. Denied.